774

Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Marston Allen* for petitioners. *Messrs. Henry M. Huxley* and *Ralph Munden* for respondents in Nos. 546 and 547, and *Mr. H. A. Toulmin, Jr.* for respondent in No. 548. Reported below: 150 F. 2d 656.

No. 565. MUSKOGEE ELECTRIC TRACTION Co. *v.* VICTORY INVESTMENT CORP. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Joseph C. Stone* and *A. Camp Bonds* for petitioner. *Messrs. Byron Lamun* and *Tom W. Garrett* for respondent.

No. 283. REA *v.* BEGNAUD. December 3, 1945. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Irwin W. Rosenthal* for petitioner. *Mr. Harry P. Gamble* for respondent.

No. 523. SOUTHGATE BROKERAGE Co., INC. *v.* FEDERAL TRADE COMMISSION. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. William P. Smith, Charles L. Kaufman* and *Guilford Jameson* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge, Messrs. Charles H. Weston, Matthias N. Orfield, W. T. Kelley* and *Joseph J. Smith, Jr.* for respondent.

No. 507. CENTRAL NATIONAL BANK, TRUSTEE, *v.* GENERAL AMERICAN LIFE INSURANCE Co. December 3, 1945.